1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  REY REY PRODUCE SFO, INC.,    )
                                  )
12              Plaintiff(s),     )       No. C05-4504 BZ
                                  )
13        v.                      )       **ORDER SCHEDULING HEARING ON**
                                  )       **PLAINTIFF'S MOTION FOR**
14  M&M PRODUCE AND FOOD SERVICE) **DEFAULT JUDGMENT**
    SUPPLIES, INC., FELIPE CEJA )
15  and CHRISTIAN CEJA,           )
                                  )
16              Defendant(s).     )
    _____)
17

18        TO ALL PARTIES AND COUNSEL OF RECORD:

19        **IT IS HEREBY ORDERED** that pursuant to the Court's

20  discretion under Rule 55(b)(2) of the Federal Civil Rules of

21  Civil Procedure, a hearing on plaintiff's motion for default

22  judgment is set for **Wednesday, April 19, 2006**, at 10:00 a.m.

23  in Courtroom G, 15th Floor, Federal Building, San Francisco,

24  California, 94102.

25        Claims for attorneys' fees should be supported by billing

26  records.  Compliance with 50 App. U.S.C. § 501 et seq. of the

27  Servicemembers' Civil Relief Act may not be satisfied on

28  information and belief.  See 50 App. U.S.C. § 521(b)(1);

G:\BZALL\-BZCASES\REY REY\DEF.SCH.ORD.wpd 1

1  United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

2  1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

3  App. U.S.C. § 521(b)(1)).

4       Plaintiff should be prepared to prove its damages by

5  competent testimony or other admissible evidence.  If

6  plaintiff intends to prove damages by affidavits or

7  declarations, the affiant or declarant should have personal

8  knowledge of all matters to which she testifies.  For all

9  evidence, proper foundations must be established.  For an

10  explanation of the evidentiary requirements for proving

11  damages in a default case, the parties are encouraged to

12  consult Chapter Six of Civil Procedure Before Trial by William

13  W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

14       Defendants should attend the hearing if they contest the

15  validity or amount of plaintiff's claim.  Seven days before

16  the hearing, on **Wednesday, April 12, 2006,** plaintiff shall

17  file with the Clerk of the Court, and deliver directly to

18  chambers, a declaration setting forth in detail all steps

19  taken to serve defendants with notice of this hearing.  If

20  defendants actually received notice of this hearing, plaintiff

21  should provide the Court with proof of service.

22  Dated:   February 8, 2006

23  _____

       Bernard Zimmerman

24       United States Magistrate Judge

25

G:\BZALL\-BZCASES\REY REY\DEF.SCH.ORD.wpd

26

27

28

2