BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone:   (949) 752-2911
Facsimile:    (949) 752-0953

Attorneys for Plaintiff REY REY PRODUCE SFO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>M & M PRODUCE AND FOOD SERVICE SUPPLIES, INC., a California corporation; FELIPE CEJA, an individual; CHRISTIAN CEJA, an individual,<br><br>Defendants. | CASE NO. C 05-04504 BZ<br><br>**PLAINTIFF'S REQUEST FOR COURT TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference<br>Date: Monday, March 6, 2006<br>Time: 4:00 p.m.<br><br>Default Judgment Hearing<br>Date: Wednesday, April 19, 2006<br>Time: 10:00 a.m.<br><br>Place: Courtroom G, 15th Floor<br><br>The Honorable Bernard Zimmerman |

///

///

///



1  Now comes, Plaintiff REY REY PRODUCE SFO, INC. and hereby respectfully requests
2  that the case management conference set for March 6, 2006 at 4:00 p.m. be vacated in light of
3  the fact that Defendants have not filed an answer or otherwise appeared in this action, default
4  was already entered, and the hearing on default judgment set for April 19, 2006 at 10:00 a.m.

Respectfully submitted,

RYNN & JANOWSKY, LLP

/s/ Bart M. Botta

DATED: March 3, 2006      By: _____

BART M. BOTTA, Attorneys for Plaintiffs REY REY PRODUCE SFO, INC.

IT IS HEREBY ORDERED that the March 6, 2006 case management conference is hereby vacated.

SO ORDERED.

Dated:    March 6, 2006

_____
HON.
JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

### End of Order###

05-281/REQUEST TELEPHONIC          2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 4100 Newport Place Drive, Suite 700, Newport Beach, CA 92660.

On March 3, 2006, I served the foregoing document(s) described as **PLAINTIFF'S REQUEST FOR COURT TO VACATE CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

FELIPE CEJA
CHRISTIAN CEJA
M&M PRODUCE AND
FOOD SERVICE SUPPLIES, INC.
23 S. RAILROAD
SAN MATEO, CA 94403

**BY U.S. MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. Executed on March 3, 2006 at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Trista Dunn*
TRISTA DUNN