1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  REY REY PRODUCE SFO, INC.,     )
                                   )
12            Plaintiff(s),        )    No. C05-4504 BZ
                                   )
13       v.                        )    **ORDER GRANTING PLAINTIFF'S**
                                   )    **REQUEST TO APPEAR BY**
14  M&M PRODUCE AND FOOD SERVICE   )    **TELEPHONE**
    SUPPLIES, INC., FELIPE CEJA    )
15  and CHRISTIAN CEJA,            )
                                   )
16            Defendant(s).        )
    ───────────────────────────────)
17

18       **IT IS HEREBY ORDERED** that plaintiff's request to allow
19  counsel Bart M. Botta to appear by telephone [docket # 14] at
20  the hearing on plaintiff's motion for default judgment set for
21  **Wednesday, April 19, 2006**, at 10:00 a.m. is **GRANTED**.  The
22  court cautions plaintiff, however, that it bears the burden of
23  ensuring the court has plaintiff's documents and can follow
24  plaintiff's arguments and that plaintiff bears the risk of any
25  confusion caused by such telephonic appearance.  In the event
26  any defendant appears to contend damages, the court will not
27  continue the matter or allow plaintiff to examine witnesses by
28  telephone.

1

1     Furthermore, as discussed in the court's order scheduling
2 the hearing on plaintiff's motion for default judgment,
3 compliance with 50 App. U.S.C. § 501 et seq. of the
4 Servicemembers' Civil Relief Act may not be satisfied on
5 information and belief.  See 50 App. U.S.C. § 521(b)(1);
6 United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.
7 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50
8 App. U.S.C. § 521(b)(1)).  The public website
9 https://www.dmdc.osd.mil/scra/owa/home will provide the
10 current active military status of an individual and has
11 instructions on obtaining certificates of service or non-
12 service under the Servicemembers' Civil Relief Act.
13    Finally, plaintiff should be prepared to analyze its
14 request for attorneys' fees and costs and interest under
15 Middle Mountain Land and Produce Inc. v. Sound Commodities
16 Inc., 307 F.3d 1220, 1225 (9th Cir. 2002)(remanding to the
17 district court to determine "if the invoices and related
18 communications created a contractual right to attorneys' fees
19 and interest").
20 Dated:  March 20, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\REY REY\DEF.TEL.ORD.wpd