BART M. BOTTA, State Bar No. 167051
MARION I. QUESENBERY State Bar No. 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone:    (949) 752-2911
Facsimile:    (949) 752-0953

Attorneys for Plaintiff REY REY PRODUCE SFO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>M & M PRODUCE AND FOOD SERVICE SUPPLIES, INC., a California corporation; FELIPE CEJA, an individual; CHRISTIAN CEJA, an individual,<br><br>Defendants. | CASE NO.  C 05-04504 BZ<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR DEFAULT JUDGMENT**<br><br><u>Motion for Default Judgment Hearing Date</u><br>Date:  Wednesday, June 7, 2006<br>Time:  10:00 a.m.<br><br><u>Requested Continued Default Judgment Hearing Date</u><br>Date:  Wednesday, July 5, 2006<br>Time:  10:00 a.m.<br><br>Place:  Courtroom G, 15th Floor<br><br>The Honorable Bernard Zimmerman |

/ / /

/ / /

/ / /

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1

2      IT IS HEREBY ORDERED that the June 7, 2006 hearing on Plaintiff's Request

3   for Entry of Default Judgment is hereby continued until July 5, 2006 at 10:00 a.m.

4      SO ORDERED.

5

6

7   Dated:   June 6, 2006

8                                          HON. E
                                           JUDGE

9

10                                     ### End of Order ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953