1  BART M. BOTTA, State Bar No. 167051
2  MARION I. QUESENBERY State Bar No. 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911
5  Facsimile: (949) 752-0953

6  Attorneys for Plaintiff REY REY PRODUCE SFO, INC.

7

8
                IN THE UNITED STATES DISTRICT COURT
9
10 FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  REY REY PRODUCE SFO, INC., a California corporation, | CASE NO. C 05-04504 BZ |
| 13                  Plaintiff, | **[PROPOSED]** **ORDER GRANTING TELEPHONIC APPEARANCE AT HEARING RESCHEDULED FOR JULY 5, 2006 ON PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANTS M & M PRODUCE AND FOOD SERVICE SUPPLIES, INC., A CALIFORNIA CORPORATION; FELIPE CEJA, AN INDIVIDUAL; CHRISTIAN CEJA, AN INDIVIDUAL** |
| 14  v. | |
| 15  M & M PRODUCE AND FOOD SERVICE SUPPLIES, INC., a California corporation; FELIPE CEJA, an individual; CHRISTIAN CEJA, an individual, | |
| 18                  Defendants. | |
| | Date: Wednesday, July 5, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom G, 15th Floor |
| | The Honorable Bernard Zimmerman |

24    The Court, having considered Plaintiff's Motion to allow counsel to appear by
25 telephone at the hearing on request for default judgment rescheduled for July 5, 2006 at
26 10:00 a.m. submitted by Bart M. Botta, ORDERS this motion be:
27    [X]  *Granted -*  IT IS ORDERED, that counsel for Plaintiff, Bart M. Botta,
28 may appear by telephone at hearing rescheduled for July 5, 2006 at 10:00 a.m.

05-281/[PROPOSED] ORDER TELEPHONIC HEARING        1

Instructions for the call in procedure are as follows:
_____
_____.

☐ *Denied* - IT IS ORDERED, that counsel for Plaintiff, Bart M. Botta may not appear by telephone at hearing rescheduled for July 5, 2006 at 10:00 a.m.

DATED: __June 29_____, 2006      _____
                                       HON. BERNARD ZIMMERMAN
                                       JUDGE, U.S. DISTRICT COURT

### End of Order###

**Plaintiff is reminded that if defendant appears to contest damages, the court will not continue the matter or allow plaintiff to cross-examine witnesses by phone.**



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953