UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY REY PRODUCE SFO, INC., )<br>)<br>            Plaintiff(s),    )<br>)<br>     v.                       )<br>)<br>M&M PRODUCE AND FOOD SERVICE)<br>SUPPLIES, INC., FELIPE CEJA )<br>and CHRISTIAN CEJA,         )<br>)<br>            Defendant(s).    )<br>_____) | No. C05-4504 BZ<br><br>**ORDER REASSIGNING CASE TO DISTRICT JUDGE** |

     This case was assigned to me for all proceedings including trial.  Defendants have not consented to the jurisdiction of a United States Magistrate Judge.  In view of my Report and Recommendation dated July 5, 2006, the clerk shall **REASSIGN** this case immediately to a United States District Judge.

Dated:  July 5, 2006

_____
                    Bernard Zimmerman
             United States Magistrate Judge

G:\BZALL\-BZCASES\REY REY\REASSIGN.wpd

1