1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REY REY PRODUCE SFO, INC.,                      No. C 05-4504

          Plaintiff,

  v.                                           **ORDER**

M&M PRODUCE AND FOOD SERVICE                    [Docket Nos. 8, 30]
SUPPLIES, INC., et al.,

          Defendants.
_____/

      This matter comes before the Court on Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment [Docket No. 30].  None of the parties to the instant action has filed any objections to the report.

      Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment.

      Accordingly,

      IT IS HEREBY ORDERED THAT Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment [Docket No. 30] is ADOPTED IN ITS ENTIRETY.

      IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default Judgment is GRANTED as set forth in the Report and Recommendation.

      IT IS FURTHER ORDERED THAT judgment shall be entered in favor of Plaintiff and against Defendants M&M Produce and Food Service Supplies, Inc., Felipe Ceja and Christian Ceja for damages in the amount of $8,316.80.

1      IT IS FURTHER ORDERED THAT Plaintiff shall be awarded pre-judgment interest in the

2  amount of $2,006.80, post-judgment interest at a rate of 18%, and attorney's fees and costs in the amount

3  of $866.37.  The Clerk shall close the file and terminate any pending matters.

4      IT IS SO ORDERED.

5  Dated: 8/21/06

6                                                          *Saundra B Armstrong*
                                                          SAUNDRA BROWN ARMSTRONG
7                                                          United States District Judge

**United States District Court**
For the Northern District of California

2